[No. 61534-3-I.   Division One.   June 1, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN JAY GOODMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-01013-7, Jim Rogers, J., entered April 8, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Lau and Leach, JJ.

[No. 61546-7-I.   Division One.   June 1, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA LAFARIOUS JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-10653-5, Cheryl B. Carey, J., entered April 4, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Leach, JJ.

[No. 61569-6-I.   Division One.   June 1, 2009.]

EXPRESS CONSTRUCTION COMPANY, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-18714-6, Nicole MacInnes, J., entered March 26, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Ellington and Lau, JJ. Now published at 151 Wn. App. 589.

[No. 61714-1-I.   Division One.   June 1, 2009.]

SEAN MURPHY ET AL., *Respondents*, v. BENJAMIN C. ARP ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-21836-1, Michael J. Trickey, J., entered April 17, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Agid and Leach, JJ.